**Nathan COLODNEY, Plaintiff—Appellant,**

v.

**Michael O. LEAVITT, Secretary, U.S. Department of Health and Human Services, Defendant—Appellee.**

No. 07–17214.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2009.*

Filed Jan. 23, 2009.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Nathan Colodney, Apo, AP, pro se.

Roger W. Wenthe, Office of the U.S. Attorney, Las Vegas, NV, for Defendant–Appellee.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

■ Nathan Colodney appeals pro se from the district court's judgment dismissing his action seeking judicial review of a federal employment decision under the Ad-

** This disposition is not appropriate for publication and is not precedent except as provid-

ministrative Procedure Act ("APA"), 5 U.S.C. § 702. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for lack of subject matter jurisdiction. *Orsay v. U.S. Dep't of Justice,* 289 F.3d 1125, 1128 (9th Cir.2002). We affirm.

■ The district court properly dismissed the action because the Civil Service Reform Act ("CSRA") precludes APA review of Colodney's claims. *See Veit v. Heckler,* 746 F.2d 508, 511 (9th Cir.1984) (holding that APA review of CSRA grievances was improper because "the comprehensive nature of the procedures and remedies provided by the CSRA indicates a clear congressional intent to permit federal court review as provided in the CSRA or not at all."); *see also Mahtesian v. Lee,* 406 F.3d 1131, 1134 (9th Cir.2005) (explaining that the CSRA applies to employees authorized to make recommendations and collect their evaluations).

**AFFIRMED.**